

| 210 Allegheny Avenue<br>Post Office Box 5517<br>Towson, Maryland 21285-5517 | Telephone 410-494-6200<br>Facsimile 410-821-0147 | www.venable.com |

**Daniel P. Moylan**  (410) 494-6258  dpmoylan@venable.com

June 27, 2007

## *VIA UPS OVERNIGHT*

The Honorable Thomas C. Platt
U.S. District Court - Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722-9014

      Re:    April Scalisi v. Fund Asset Management, L.P., et al.
             U.S. District Court for the Eastern District of New York
             Case No.: CV 04 5513 (TCP)

Dear Judge Platt:

      On June 19, pursuant to this Court's rules, Nominal Defendant Merrill Lynch Focus Twenty Fund, Inc. (the "Fund") and Defendants Joe Grills, Stephen B. Swensrud, and Robert S. Salomon, Jr. (the "Defendants") electronically filed, and transmitted courtesy copies of, the papers related to the pending Motion to Terminate Derivative Litigation and Motion to Dismiss Claim II, including Plaintiff's opposition papers. Also on June 19, Plaintiff filed her Motion for Summary Judgment as to Defendants Grills, Swensrud, and Salomon, Jr., including Defendants' opposition. All of these motions are scheduled to be heard by the Court at a hearing on June 29.

      Upon reviewing the electronically filed documents, however, a few inadvertent errors have come to our attention. First, page i of the table of contents accompanying Defendants' opposition to Plaintiff's Motion for Summary judgment was omitted by Plaintiff in her electronic filing, although we have been advised by Ms. Karen McMorrow that it was included in the courtesy copy. Second, Exhibit 1 to Defendants' Motion to Dismiss Claim II -- the Fund's Articles of Incorporation -- is largely unreadable after having been copied and scanned on numerous occasions. (A true and complete copy of this Exhibit, now in a readable form, is enclosed for your review.) Finally, with regard to Exhibit 5 of Defendants' opposition to Plaintiff's Motion for Summary Judgment, it was discovered that pages 38 and 39 of the Fund's 72-page investigation report were mistakenly omitted from the copies previously served on Plaintiff. True and complete copies of these pages were electronically filed by the Fund as Exhibit 1 to its Motion to Terminate, and we respectfully refer the Court to those pages.

      These supplemental documents, along with this letter, were filed electronically on June 27. We respectfully request that they be added to the record of this case and that they be included in the Court's consideration of the pending motions.

# VENABLE LLP

The Honorable Thomas C. Platt
June 27, 2007
Page 2

Please call me if you have any questions. Thank you for your consideration of this matter.

Respectfully submitted,

Daniel P. Moylan

DPM/dwm
Enclosures
cc:   Joel C. Feffer, Esquire *(w/o Enclosures)*
      Scott W. Fisher, Esquire *(w/o Enclosures)*
      Mark Holland, Esquire *(w/o Enclosures)*
      Mary Dulka, Esquire *(w/o Enclosures)*
      Christopher E. Chang, Esquire *(w/o Enclosures)*

TO1#247540/1